UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PERLA MAGENO, an individual | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:18-cv-01150 |
| | ) | |
| v. | ) | Judge Manish S. Shah |
| | ) | |
| WORLD KITCHEN, LLC, d/b/a SHOPWORLDKITCHEN.COM | ) ) | Mag. Judge M. David Weisman |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 27, 2018 at 9:45 a.m. or as soon thereafter as counsel may be heard, counsel for Defendant World Kitchen, LLC shall appear before the Honorable Manish S. Shah or any judge sitting in his stead in Courtroom 1719 of the Northern District of Illinois Eastern Division, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present Defendant's **Unopposed Motion for Extension of Time to Answer or Otherwise Plead**.

Dated: March 21, 2018

Respectfully submitted,

*/s/ Robert L. Wagner*
Robert L. Wagner, Esquire  *(ARDC 6276109)*
robert.wagner@bipc.com
Abigail M. Green, Esquire  *(Admission Forthcoming)*
abigail.green@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA  15219-1410
Telephone:  412-562-8800
Fax:  412-562-1041
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically received Notices of Electronic Filing.

                                                                                         */s/ Robert Wagner*
                                                                                          Robert L. Wagner
                                                                                          Attorney for Defendant