## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Perla Mageno

                                   Plaintiff,

v.                                                    Case No.: 1:18–cv–01150
                                                      Honorable Manish S. Shah

World Kitchen, LLC

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 23, 2018:

      MINUTE entry before the Honorable Manish S. Shah: The motion for extension of time to answer [9] is granted. Defendant must respond to the complaint by 4/26/18. No appearance on the motion is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.