**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PERLA MAGENO, an individual | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:18-cv-01150 |
| | ) | |
| v. | ) | Judge Manish S. Shah |
| | ) | |
| WORLD KITCHEN, LLC, d/b/a | ) | Mag. Judge M. David Weisman |
| SHOPWORLDKITCHEN.COM | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff PERLA MAGENO and Defendant WORLD KITCHEN, LLC d/b/a

SHOPWORLDKITCHEN.COM, by and through their undersigned counsel, hereby jointly notify

the Court that a settlement has been reached in the above-captioned matter. The Parties are in

the process of memorializing a settlement agreement and anticipate filing a stipulation of

dismissal with prejudice on or before May 17, 2018. The Parties request all pending deadlines,

dates and Court appearances by struck.


Dated: April 26, 2018                                     Respectfully Submitted,

By: _/s/ Marc Edward Dann_____          By: _____/s/ Robert L. Wagner_____
    Marc Edward Dann                                   Robert L. Wagner, Esquire  *(ARDC 6276109)*
    DannLaw                                                 robert.wagner@bipc.com
    20 N. Clark St., Suite 3300                         BUCHANAN INGERSOLL & ROONEY PC
    Chicago, IL 60602                                      One Oxford Centre, 20th Floor
    mdann@dannlaw.com                                301 Grant Street
    Telephone: (312) 702-1000                         Pittsburgh, PA  15219-1410
    Fax: (312) 702-1000                                   Telephone:  412-562-8800
                                                                 Fax:  412-562-1041

    *Counsel for Plaintiff*

                                                                 *Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically received Notices of Electronic Filing.

*/s/ Robert Wagner*
Robert L. Wagner
Attorney for Defendant