**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Perla Mageno
                      Plaintiff,

v.                                              Case No.: 1:18–cv–01150
                                                  Honorable Manish S. Shah

World Kitchen, LLC
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 7, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing on 5/11/18 is stricken and reset to 5/18/18 at 9:30 a.m. If a stipulation of dismissal is submitted in advance of that date, then no appearance is necessary. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.