# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Perla Mageno, an individual, | Case No. 1:18-cv-01150 |
| Plaintiff, | Honorable Judge Manish S. Shah |
| v. | |
| World Kitchen, LLC. | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Perla Mageno and Defendant World Kitchen, LLC by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action, with each party to bear its own costs and attorneys' fees as more fully set forth in their Settlement Agreement and Release.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Rusty A. Payton* | */s/ Robert L. Wagner, Esq.* |
| Rusty A. Payton | Robert L. Wagner Esq. |
| Marc E. Dann | BUCHANAN INGERSOLL & ROONEY PC |
| DANNLAW | One Oxford Centre, 20th Floor |
| 115 S. LaSalle Street, Suite 2600 | 301 Grant Street |
| Chicago, IL 60603 | Pittsburgh, PA 15219-1410 |
| Phone: 216-373-0539 | Phone: 412-562-8800 |
| notices@dannlaw.com | *robert.wagner@bipc.com* |
| DisabilityNotices@dannlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | Dated: |
| Dated: May 15, 2018 | |

## CERTIFICATE OF SERVICE

I hereby certify that on May __17__, 2018, I filed the foregoing document via the court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below via Notice of Electronic Filing generated by CM/ECF.

/s/ *Rusty A. Payton*
Rusty A. Payton