UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Perla Mageno
        Plaintiff,

v.              Case No.: 1:18−cv−01150
              Honorable Manish S. Shah

World Kitchen, LLC
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 17, 2018:

   MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [14], this case is dismissed with prejudice and with each party to bear its own costs and attorneys' fees. No appearance on 5/18/18 is necessary. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.